## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH KLUGER AND SUSAN LEWIS, h/w<br><br>*Plaintiffs*<br><br>v.<br><br>GREAT NORTHERN INSURANCE COMPANY<br><br>*Defendant* | CIVIL ACTION NO. 23-118 |

### RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT, <u>GREAT NORTHERN INSURANCE COMPANY</u>

Great Northern Insurance Company provides the following information pursuant to Federal Rule of Civil Procedure 7.1:

Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company, which is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited (NYSE: CB) is the only publicly traded company holding more than a 10% ownership interest in Great Northern Insurance Company.

30128711v.1

-2-

                    Respectfully submitted,

                    **WHITE AND WILLIAMS LLP**

By: */s/ Edward M. Koch*

                    Edward M. Koch, Esquire
                    Matthew M. LaMonaca, Esquire
                    Identification Nos. 76337/321595
                    1650 Market Street
                    One Liberty Place, Suite 1800
                    Philadelphia, PA  19103-7395
                    215.864.6319
                    koche@whiteandwilliams.com
                    lamonacam@whiteandwilliams.com
                    *Attorneys for Defendant,*
Dated:  January 11, 2023        *Chubb National Insurance Company*